IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DANNY JOHN WALSH | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv219 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Danny Joe Walsh, through counsel, filed the above-styled motion to vacate, set aside or correct sentence. The court referred the matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Movant challenges his convictions for two counts of possessing a firearm after having been convicted of a felony, in violation of 18 U.S.C. § 922(g)(1). After the motion to vacate was filed, the government filed a response agreeing movant was entitled to be resentenced with respect to his convictions for violating Section 922(g)(1). The Magistrate Judge then submitted a Report and Recommendation of United States Magistrate Judge recommending that the motion to vacate be granted to the extent that the sentence imposed as a result of the Section 922(g)(1) convictions be vacated and movant be resentenced.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed.

ORDER

Accordingly, the proposed findings of fact and conclusions of law of the Magistrate Judge are correct and his report is **ADOPTED**. An appropriate final judgment will be entered.

So **ORDERED** and **SIGNED** this **16** day of **September, 2016.**

_____
Ron Clark, United States District Judge